1

2

3

4

5                                                                    JS-6

6

7

8                    **UNITED STATES DISTRICT COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

10

11  JUREE KIM                              Case No.: SACV15−00418 JVS (DFMx)

12                                         Assigned For All Purposes to:
                        Plaintiff,         Honorable James V. Selna
13  vs.
                                           Action Filed: March 16, 2015
14  LIFE INSURANCE COMPANY OF              Trial: December 14, 2015
    NORTH AMERICA, a Pennsylvania
15  corporation; and DOES 1 to 10,
    inclusive
16                                         JUDGMENT FOLLOWING COURT
                                           TRIAL
17                       Defendants.

18

19

20        This Court conducted a bench trial in this action on December 14, 2015.

21  Joseph S. McMillen of McKennon Law Group PC appeared on behalf of Plaintiff

22  Juree Kim ("Kim") and Edith S. Shea of Burke, Williams & Sorenson, LLP

23  appeared on behalf of Defendant Life Insurance Company of North America

24  ("LINA").  Kim also attended the trial.  On December 16, 2015, the Court issued its

25  Memorandum of Decision of ERISA Appeal (Docket No. 47), in favor of Kim.

26        After considering the opening and responding trial briefs submitted by the

27  parties, Kim's two requests for the Court to consider extrinsic evidence, LINA's

28  objections thereto, all accompanying filings, the Administrative Record lodged by

-1-



LINA, the oral arguments of counsel during the December 14, 2015 trial of this action, and all other matters presented to the Court, for all of the reasons presented in the Court's December 16, 2015 Memorandum of Decision of ERISA Appeal (Docket No. 47), the full text of which is incorporated herein, judgment is entered in favor of Kim and against LINA in accordance with Rule 58 of the Federal Rules of Civil Procedure. Additionally, the Court makes the following findings, judgments and orders:

      1.     LINA's decision to deny Kim's claim for long-term disability benefits was incorrect and is overturned and reversed and remanded by this Court for further proceedings in accordance with the Court's December 16, 2015 Memorandum of Decision of ERISA Appeal (Docket No. 47).

      2.     LINA shall promptly commence its additional review of Kim's claim for long-term disability benefits after this Judgment is entered.

      3.     In accordance with Rules 58 and 79(a) of the Federal Rules of Civil Procedure, Judgment is entered in Kim's favor and against LINA consistent herewith, as of the date the Clerk notates this Judgment in the civil docket. The Court's December 16, 2015 Memorandum of Decision of ERISA Appeal (Docket No. 47) is not a judgment and its notation in the civil docket did not constitute entry of judgment. *See* Local Rule 58-6.

      4.     Kim shall file a motion to recover her attorneys' fees and costs in this action within fourteen (14) days of the entry of this Judgment, pursuant to Rule 54(d) of the Federal Rules of Civil Procedure.

      To the extent on remand LINA decides to approve Kim's claim for benefits, or even if it does not but the Court concludes following the remand review LINA should have awarded Kim benefits, Kim is entitled to pre-judgment interest on her unpaid benefits commencing the date following the policy's 90-day Elimination Period, *i.e.* from April 9, 2014 until paid in full. *See Blankenship v.*



1 | *Liberty Life Assurance Co.*, 486 F.3d 620, 627-28 (9th Cir. 2007) (holding that
2 | district court has discretion to award pre-judgment interest on an award of ERISA
3 | benefits).

4

5 |     **IT IS SO ORDERED, ADJUDGED AND DECREED.**

6

7

8

9 | Dated: January 04, 2016

The Honorable James V. Selna
United States District Judge

10

11

12

13 | Submitted by:

14

Dated:  December 22, 2015                    McKENNON LAW GROUP PC

15

16

17 | By:

ROBERT J. McKENNON
JOSEPH S. McMILLEN
Attorneys for Plaintiff Juree Kim

18

19

20 | Robert J. McKennon (SBN 123176)
*rm@mckennonlawgroup.com*
Joseph S. McMillen (SBN 174561)
*jm@mckennonlawgroup.com*
McKennon Law Group PC
20321 SW Birch Street, Suite 200
Newport Beach, California 92660
Phone:  949-387-9595 | Fax:  949-385-5165

21

22

23

24

25

26

27

28

-3-



## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 20321 SW Birch St., #200, Newport Beach, California 92660; Tel: 949-387-9595; Fax 949-385-5165; E-mail address: dc@mckennonlawgroup.com.

I hereby certify that on December 22, 2015, I served the foregoing documents described as: [PROPOSED] JUDGMENT FOLLOWING COURT TRIAL on the interested parties as follows:

Edith S. Shea                                     Attorneys for Life Insurance
BURKE WILLIAMS & SORENSON LLP    Company of North America
444 South Flower Street, Suite 2400      ☒ ECF Participant
Los Angeles, CA  90071-2953
Tel: 213-236-0600
Fax: 213-236-2700
Email: *eshea@bwslaw.com*

☒ **ECF/CM:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☐ I placed the ☐ original ☐ a true copy thereof enclosed in sealed envelope(s) to the notification address(es) of record and caused such envelope(s) to be delivered by ☐ **FIRST-CLASS MAIL** ☐ **OVERNIGHT DELIVERY**.

☐ **BY E-MAIL:** I electronically transmitted a true and correct copy thereof to the notification electronic mail address(es) of record before close of business for the purpose of effecting service and the transmission was reported as complete and without error.

☐ **FACSIMILE:** Based on ☐ courtesy ☐ court order ☐ agreement of the parties, I caused a true copy thereof to be served by transmitting via facsimile machine to the notification facsimile number(s) of record before close of business. The transmission was reported as complete, without error.

☐ **PERSONAL DELIVERY:** I caused ☐ the original ☐ a true copy thereof to be delivered by hand to the notification address(es) of record by an employee or independent contractor of a registered process service.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the Unites States of America and the State of California that the above is true and correct. Executed at Newport Beach, California on December 22, 2015.

NAME: _____   *Debi Cartee*
                                                          _____
                                                          (Signature)

Honorable James V. Selna